UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CORDELL ALLEN, ALIA CLARK, PATRICIA DEARTH, CHRIS DEPIERRO, JESSICA LEIGHTON, JESSICA PEREZ, JAMIE RIVERA, LAYFON ROSU, MARISSA SHIMKO, and CAROL SOMERS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br>a Foreign for Profit Corporation,<br><br>Defendant.<br>_____ | CASE NO. 6:16-CV-01603-RBD-KRS |

**RENEWED UNOPPOSED MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Local Rule 2.02 of the United States District Court for the Middle District of Florida, and in light of the Court's Order (Doc. No. 172) denying Defendant's first motion (Doc. No. 171) without prejudice, Defendant Hartford Fire Insurance Company ("The Hartford"), hereby renews its motion for an order permitting attorney Hillary J. Massey to appear in this matter *pro hac vice* on its behalf and states as follows:

1. This motion is made on behalf of attorney Hillary J. Massey of the law firm of Seyfarth Shaw LLP, Seaport East, Two Seaport Lane, Suite 300,

Boston, MA 02210-2028; Telephone: (617)946-4879; Facsimile (617)790-6716; and Email Address: hmassey@seyfarth.com.

2. Ms. Massey, along with attorneys Arlene K. Kline and Melissa S. Zinkil of Akerman LLP; and Patrick J. Bannon, Anthony S. Califano, and Molly C. Mooney of Seyfarth Shaw LLP, have been retained to represent The Hartford in the above-styled action.

3. Ms. Massey is not a resident of the state of Florida and is not admitted to practice in the United States District Court for the Middle District of Florida.

4. Ms. Massey is a member in good standing of the Bar of the Commonwealth of Massachusetts (Bar No. 669600), the State of Maine (Bar No. 004449), and the United States District Courts for the Districts of Massachusetts, Maine, and Connecticut. Ms. Massey has never been disciplined by any of these courts or by any other court or bar whatsoever.

5. Ms. Massey has not made frequent or regular appearances in separate cases in Florida, including but not limited to before the United States District Court for the Middle District of Florida, to such a degree as to constitute the maintenance of a regular practice of law in Florida. Ms. Massey has not appeared in any case in a state or federal court in Florida in the 365-day period preceding the filing of this renewed motion.

6. Ms. Massey is familiar with the Local Rules of this Court and the Code of Professional Responsibility and other ethical limitations and requirements governing the professional behavior of members of the Florida Bar.

7. In accordance with Local Rule 2.02(a) and 2.01(d), Ms. Massey's Special Admission Attorney Certification, along with the $150 fee payable to "Clerk, U.S. District Court," are submitted contemporaneously with this Motion.

8. Ms. Massey will complete the ECF Attorney Registration Form online on the Court's website promptly upon entry of an order granting her Motion.

9. Pursuant to Local Rule 2.02(a), Ms. Massey hereby designates Arlene K. Kline and the law firm of Akerman LLP, 777 South Flagler Drive, Suite 1100, West Tower, West Palm Beach, Florida 33401, Telephone: (561) 653-5000, Facsimile: (561) 659-6313, Email: arlene.kline@akerman.com, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney. Arlene K. Kline, a member of the Florida Bar who resides in Florida and maintains an office for the practice of law in Florida, by her signature below, consents to the designation.

**CERTIFICATE OF COUNSEL**

Consistent with Local Rule 3.01(g), counsel for Defendant has conferred with Plaintiffs' counsel regarding the relief sought in this Motion. Plaintiffs' counsel has advised that Plaintiffs do not object to Ms. Massey's appearance pro hac vice.

**WHEREFORE**, Defendant, Hartford Fire Insurance Company, respectfully moves this Court to enter an Order allowing Hillary J. Massey to appear before this Court on its behalf for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ms. Massey.

Date: September 21, 2017

Respectfully submitted,

**AKERMAN LLP**

By: */s/ Arlene K. Kline*
Arlene K. Kline
Florida Bar Number: 104957
Melissa S. Zinkil
Florida Bar Number: 0653713
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, Florida 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
Email: arlene.kline@akerman.com
Email: melissa.zinkil@akerman.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 21, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other

authorized manner for those counsel or parties who are not authorized to receive

electronically Notices of Electronic Filing.

By: */s/ Arlene K. Kline*
Arlene K. Kline
Florida Bar Number: 104957

### SERVICE LIST

*Allen, et al., v. Hartford Fire Insurance Company*
**Case No: 6:16-cv-01603-RBD-KRS**
**United States District Court, Middle District of Florida**

Mary E. Lytle, Esq.
David V. Barszcz, Esq.
Robert N. Sutton, Esq.
LYTLE & BARSZCZ, P.A.
543 Wymore Road, Ste. 103
Maitland, Florida 32751
Telephone: (407) 622-6544
Facsimile: (407) 622-6545
Email: mlytle@lblaw.attorney
Email: dbarszcz@lblaw.attroney
Email: rsutton@lblaw.attorney

*Attorneys for Plaintiffs*
*Served via CM/ECF*

Arlene K. Kline, Esq.
Melissa S. Zinkil, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, Florida 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
Email: arlene.kline@akerman.com
Email: melissa.zinkil@akerman.com

42861137;1

       Patrick J. Bannon (*pro hac vice*)
       Anthony S. Califano (*pro hac vice*)
       Molly C. Mooney (*pro hac vice*)
       SEYFARTH SHAW LLP
       Two Seaport Lane, Suite 300
       Boston, MA 02210
       Telephone:  (617) 946-4800
       Facsimile:  (617) 946-4801
       Email: pbannon@seyfarth.com
       Email: mmooney@seyfarth.com

*Attorneys for Defendant*
*Served via CM/ECF*