UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JEANNE BACHMANN, PATRICIA DEARTH, ALICIA DUQUETTE, JESSICA PEREZ, JAMIE RIVERA, LAYFON ROSU, MARISSA SHIMKO, and CAROL SOMERS, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Foreign for Profit Corporation,<br><br>    Defendant. | Case No. 6:16-cv-1603-Orl-37KRS |

**DEFENDANT HARTFORD FIRE INSURANCE COMPANY'S UNOPPOSED MOTION TO ADMIT THOMAS ROHBACK *PRO HAC VICE* AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to Local Rule 2.02(a), the attorneys for the Defendant, HARTFORD FIRE INSURANCE COMPANY, ("The Hartford") by and through their undersigned counsel respectfully request that this Court admit Thomas Rohback to appear and participate in this case *pro hac vice*. In support of this motion for *pro hac vice* admission to the bar, the undersigned states as follows:

1. Thomas Rohback is an attorney with Axinn, Veltrop & Harkrider, LLP in Hartford, Connecticut. Mr. Rohback is a member in good standing of the bars of the states of New York (1248608, admitted 6/1/1979), Pennsylvania (68698, admitted 10/12/1993), and Connecticut (415399, admitted 6/15/1998) and is a member in good standing of multiple Federal District and Circuit Courts,[1] as well as the Supreme Court of the United States. His admission fee and the

---

[1] Specifically the Federal Circuit Courts for the: First Circuit, Second Circuit, Third Circuit, Sixth Circuit, Seventh Circuit, Eighth Circuit, and Eleventh Circuit, and the Federal District Courts for the: Northern District of Illinois, Eastern District of Michigan, Eastern District of New York, Northern District of New York, Southern

45774434v.1

Special Admission Attorney Certification are being sent to the Clerk contemporaneously with the filing of this Motion.

2. Mr. Rohback resides in Connecticut.

3. On May 14, 2018 Mr. Rohback was admitted *pro hac vice* in the related case *Karen Andreas-Moses, et al. v. Hartford Fire Insurance Company*, 6:17-cv-2019-Orl-37KRS (M.D. Fla. 2017). The cases are related insofar as they both assert violations of wage and hour laws for alleged misclassification of various employees as exempt from overtime pay (this matter asserts violations of the Fair Labor Standards Act, while the *Andreas-Moses* matter asserts violations of New York's Labor Law). Plaintiffs in both cases are represented by the law firm of Lytle & Barszcz. The Hartford is represented in both cases by Seyfarth Shaw, LLP and Jackson Lewis, P.C., and The Hartford now seeks to extend that commonality of representation to Mr. Rohback of Axinn, Veltrop & Harkrider.

4. Prior to the *pro hac vice* admission in the *Andreas-Moses* matter, the last time Mr. Rohback appeared *pro hac vice* in Florida was 2014. He was counsel of record in *A & E Auto Body, Inc. v. 21st Century Centennial Insurance Company et al.*, 6:14-cv-00310-GAP-TBS (M.D. Fla. 2014); he moved, under Local Rule 2.02, to appear specially in that matter on March 28, 2014 (*id* at Doc. 21). This case is a member case of the A & E Auto Body multi-district litigation ("MDL") matter presided over by Judge Gregory A. Presnell, lead case number 6:14-md-02557-GAP-TBS. Member case no. 6:14-cv-00310-GAP-TBS was originally filed in the Middle District of Florida, which led to Mr. Rohback appearing *pro hac vice* for that suit. This

---

District of New York, Western District of New York, Eastern District of Pennsylvania, Western District of Pennsylvania, and Eastern District of Tennessee.

member case was dismissed on September 23, 2015. *See A & E Auto Body, Inc.*, 6:14-cv-00310-GAP-TBS, Doc. 341 (M.D. Fla. Sept. 23, 2015) (Order granting motions to dismiss).

        5.      Mr. Rohback also appeared in the Middle District of Florida through various individual MDL member cases consolidated by the Panel on Multidistrict Litigation's Transfer Order. *A & E Auto Body, Inc.*, 6:14-md-002557-GAP-TBS, Doc. 1 (M.D. Fla. Aug. 11, 2014). These cases, however, originated outside of Florida, and he originally appeared in those cases in other states. After he appeared in those cases across the country they were transferred to the Middle District of Florida through the MDL Panel's transfer orders.[2] He therefore has an appearance in those cases by virtue of their transfer to the Middle District of Florida through the MDL transfer order. He did not file for *pro hac vice* admission because, following the consolidation of the MDL, member cases did not require *pro hac vice* admission for non-members of the Middle District of Florida. *See A & E Auto Body, Inc.*, 6:14-md-002557-GAP-TBS, Doc. 2 § 7 (M.D. Fla. Aug. 15, 2014) (Scheduling Order Number One, ruling that Local Rules 2.01 and 2.02 were waived as to any attorney in the MDL actions). He was ordered into this forum through the MDL transfer order and has not abused the privilege of appearing *pro hac vice.* Accordingly, the only time he has filed a motion for *pro hac vice* admission related to the MDL was in 2014.

        6.      Aside from the related *Andreas-Moses* matter, in the past 365-day period Mr. Rohback has not appeared in any other state or federal cases in Florida. Prior to his 2014 *pro hac vice* appearance, the last time he appeared in a lawsuit in Florida was 2011. His appearances in the MDL do not constitute appearances in separate cases to such a degree as to constitute the maintenance of a regular law practice in Florida.

---

[2] The remaining MDL cases for which Mr. Rohback is counsel of record and have not been closed are listed hereafter by their Middle District of Florida case number and originating state: 6:14-cv-06008 (PA); 6:18-cv-06023 (PA); 6:14-cv-06011 (IL); 6:14-cv-06012 (NJ); 6:14-cv-06013 (NJ); 6:14-cv-06019 (VA). All other MDL cases for which Mr. Rohback has been counsel of record were closed by Judge Presnell over a year ago.

3

7. Mr. Rohback is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Middle District of Florida, and the ethical limitations and requirements governing the behavior of members of the Florida Bar.

8. Mr. Rohback has been retained to represent The Hartford in the above-styled action, along with the other attorneys of record for The Hartford.

9. Tasos C. Paindiris, is an attorney with Jackson Lewis P.C.'s Orlando, Florida office and is a member of the bar of this Court. He resides in Florida. He will appear as Local Counsel in all proceedings and on all pleadings. In accordance with the requirements of Local Rule 2.02(a), Mr. Rohback designates Tasos C. Paindiris as the member of the bar of this Court upon whom all notices and papers may be served, and who will be responsible for the progress of the case, including the trial in the default of Mr. Rohback.

10. Mr. Rohback's contact information is as follows:

> Thomas Rohback
> trohback@axinn.com
> **Axinn Veltrop & Harkrider, LLP**
> 90 State House Square
> Hartford, CT 06103
> T: 860.275.8110
> F: 860.275.8101

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Defendant has conferred with counsel for Plaintiffs, who do not oppose the relief requested herein.

## MEMORANDUM OF LAW

Local Rule 2.02(a), M.D. Fla., provides that an attorney who is not a resident of Florida but who is a member in good standing of the bar of any District Court of the United States outside Florida may appear specially as counsel-of-record without formal or general admission;

4

provided, however, such privilege is not abused by appearances in separate cases to such a degree as to constitute the maintenance of a general practice in Florida. *Id.*

Here, Mr. Rohback is not a resident of Florida, he is a resident of Connecticut. Mr. Rohback is in good standing with the state bars of: Connecticut, New York, and Pennsylvania, and multiple federal courts. Aside from the related *Andreas-Moses* matter and the *A & E Auto Body, Inc.*, 6:14-cv-00310-GAP-TBS (M.D. Fla. 2014) (and related multi-district litigation matters), he has not appeared in, nor been counsel of record for any state or federal action pending in Florida in the past 365-day period. He does not appear in separate cases to such a degree as to constitute the maintenance of a general practice in Florida.

Local Rule 2.02(a) requires non-resident attorneys to file a written designation and consent-to-act on the part of some member of the bar of this Court. Mr. Rohback has designated and consented-to-act on the part of Tasos C. Paindiris of Jackson Lewis P.C. Mr. Paindiris is a member in good standing of the bar of this Court and is a resident of Florida.

Mr. Rohback will submit his Special Admission Attorney Certification and fees to the Clerk contemporaneously with the filing of this motion. If this motion is granted, Mr. Rohback will comply with the e-mail registration requirements of Local Rule 2.01(d).

WHEREFORE, The Hartford respectfully requests that the Court rule upon this Motion with no hearing or further response and enter an Order (a) granting this Motion and (b) admitting Thomas Rohback to represent The Hartford in this matter *pro hac vice*.

DATED this 22nd day of May, 2018.

        Respectfully submitted,

        JACKSON LEWIS P.C.
        390 North Orange Avenue, Suite 1285
        Post Office Box 3389
        Orlando, Florida 32802-3389
        Telephone:    (407) 246-8440
        Facsimile:    (407) 246-8441

By:    */s/ Jesse I. Unruh*
        Tasos C. Paindiris
        Florida Bar No. 0041806
        tasos.paindiris@jacksonlewis.com

        Jesse I. Unruh
        Florida Bar No. 0093121
        jesse.unruh@jacksonlewis.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of May, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        */s/ Jesse I. Unruh*
        Jesse I. Unruh

4822-5671-6902, v. 1