Exhibit 2



June 12, 2001


Nancy A. Albright
PO Box 192
49 Cayuga Street
Union Springs, NY 13160-0192


Dear Nancy:

Welcome to The Hartford!

We are pleased that you have accepted our offer of employment and will be joining our Benefit Management Services Department as a Claim Examiner. Your start date will be July 2, 2001 and your semi-monthly salary will be $1250.00.

You understand that your employment by The Hartford is contingent upon receipt of acceptable references, satisfactory results of a background check, and compliance with the identification and work authorization requirements of the Federal Immigration Act. To comply with the Immigration Act, please bring either one document from List A, or two documents; one from List B and one from List C (list attached). Failure to comply will result in non-hire.

Please complete the attached Personal Health History form and mail it in the enclosed envelope as soon as possible.

On your first day of work you should report to Cheryl Vattimo at 8:00 AM to participate in our new employee orientation program. Please go to the 7th floor reception area.

We are looking forward to having you become a member of The Hartford staff and hope your career with us is fulfilling.

Sincerely,


Diane Brody
Human Resource Manager

cc: Gary Casement

HARTFORD 006954



THE
HARTFORD

April 1, 2009

William Allen
8335 River Hill Commons Drive
Ball Ground, Georgia 30107

Dear Bill:

I am pleased to confirm your acceptance of our offer to continue with The Hartford as an Ability Analyst III in the Long Term Disability Department. In this position, you will report to Jerry Bissett, and your duties will be essentially as discussed during your interviews.

The change in your status will become effective on April 1, 2009. Your semi-monthly salary will be $1,666.67, ($40,000.00 annualized) covering all work performed. This position is a Tier 9 level.

I wish you continued success with your career at The Hartford. If you have any questions, please call me at 678-566-4458.

Sincerely,


Debbie Bauguss
Staffing Consultant
Talent Acquisition

cc: Jerry Bissett


*We are an equal opportunity employer committed to building inclusion and leveraging diversity.*

CONFIDENTIAL                                                        HARTFORD 007203

EMP ID# 257788
SS# 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



January 15, 2007

Ms. Karen R. Andreas-Moses
1 Copeland Ave
Homer, NY 13077

Dear Karen:

I am pleased to confirm your acceptance of our offer to join The Hartford as a LTD
Claims Examiner III in the Syracuse-LTD Department. In this position, you will report
directly to Carol Miller, and your duties will be essentially as discussed during your
interviews.

**The details of your offer are as follows:**

- Your first day of employment at The Hartford will be Monday, January 22, 2007.
- Your semi-monthly salary will be $1,500.00, ($36,000 annualized), covering all
  work performed.
- You will be eligible to participate in The Hartford's Annual Incentive Plan
  pursuant to the terms and conditions of the plan.
- Additional information on The Hartford's compensation programs will be
  provided to you upon hire.
- In addition, according to The Hartford's Paid Time Off (PTO) policy provisions,
  you will be eligible for a total of 18 days for the remainder of the calendar year
  2007. This amount is prorated and based on your start date of Monday, January
  22, 2007. Beginning in 2008, you will be eligible to earn 19 PTO days for the
  year.

**Prior to your first day:**

- Please visit our pre-employment website located at
  http://newhire.thehartford.com. Your User ID is: **welcome**, and your password is:
  **newhire**. Please click on the link for "Online Employment Forms" and print and
  fill out the forms prior to your first day of employment. Several of these pre-
  employment forms **must be completed** prior to and submitted on your first day in
  order to ensure timely and accurate payroll processing (please see the "Forms
  Checklist" for instructions on which forms to fill out and/or sign).

- This website also gives you the opportunity to learn about The Hartford before you walk through the door on your first day. There you will find valuable information on the history of our company, our culture, employee services & programs, and policies on such topics as parking, dress code, and communications. The website also provides directions to our different office locations. If you are unsuccessful in accessing the website, please contact me at the number listed below and I will be glad to assist you.

**Items required for your first day:**

- Please bring your completed employment forms that you printed from the pre-employment website.
- *If you do not complete the I-9 Form showing that you are authorized to work in the U.S. within three (3) days after your date of hire, then federal law requires The Hartford to terminate your employment.*
- On your first day of employment, please bring identification that satisfies your employment eligibility (refer to the Eligibility Verification Form on the pre-employment website - either a List A document **or** a List B **AND** List C document). Federal law requires that we verify employment eligibility. If you do not have the necessary authorized documentation, please contact me immediately.

**Details for New Employee Orientation:**

|  |  |
|---|---|
| Date: | Monday, January 22, 2007 |
| Time: | 8:00 a.m. |
| Place: | One Park Place, 300 S. State Street, 7th Floor |
| Parking: | Atrium Parking Lot |

This confirmation incorporates The Hartford's Notices of At-Will Employment and Background Check set forth in your Employment Application and is contingent upon a satisfactory background investigation, which meets The Hartford's standards. Employment is also contingent on your ability to provide documentation to satisfy the identification and work authorization requirements of the Immigration Reform and Control Act.

Congratulations and welcome aboard! We look forward to having you become an employee of The Hartford. If you have any questions, please call me at 860-843-8838.

Sincerely,


Gretchen Carrolla
Staffing Consultant
Talent Acquisition


cc: Carol Miller

CONFIDENTIAL

## INTERNAL MOVE/PROMOTION

August 07, 2003

Lisa Battaglia
411 Birchwood Boulevard
Baldwinsville, New York 13027

Dear Lisa:

We are pleased to confirm your acceptance of our offer to continue with The Hartford as a LTD Claims Examiner III in the Syracuse-Long Term Disability - Department.  In this position, you will report to W.Edward Summer, and your duties will be essentially as discussed during your interviews.

This change in assignment will become effective on September 29, 2003.  Your semi-monthly salary will be $1,395.83 ($33,500.00 annualized).

We wish you continued success with your career at The Hartford.  If you have any questions regarding this change, please contact me at (315) 385-5312.

Sincerely,

Teresa M Rude
Staffing Specialist

CONFIDENTIAL



**THE HARTFORD**

July 7, 2011

Ms. Natalie Bourne
8745 SW 150 Terrace
Miami, Florida 33176

Dear Natalie:

I am pleased to confirm your acceptance of our offer to join The Hartford as a LTD Claims Analyst III in the Maitland, FL office. In this position, you will report directly to Ruthledge Crump, and your duties will be essentially as discussed during your interviews.

The details of your offer are as follows:

- Your first day of employment at The Hartford will be July 18, 2011.
- Your semi-monthly salary will be $1,666.67, ($40,000.00 annualized), covering all work performed.
- You will receive 9 weeks of training.
- Additional information on The Hartford's compensation programs will be provided to you upon hire.
- In addition, according to The Hartford's Paid Time Off (PTO) policy provisions, you will be eligible to accrue a total of 60.8 hours for the remainder of the calendar year 2011 (subject to any policy changes that may occur). Beginning in 2012, you will be eligible to accrue a total of 152.0 PTO hours for the year.

**Prior to your first day:**

Please visit our pre-employment website located at http://newhire.thehartford.com. Your User ID is: **welcome**, and your password is: **newhire**. This website gives you the opportunity to learn about The Hartford before you walk through the door on your first day. There you will find valuable information on the history of our company, our culture, employee services & programs, and policies on such topics as parking, dress code, and communications. The website also provides directions to our different office locations. If you are unsuccessful in accessing the website, please contact me at the number listed below and I will be glad to assist you.

**Items required for your first day:**

Your employment with The Hartford is contingent upon your satisfying the identification, verification and work authorization requirements of the Immigration Reform and Control Act and the Federal E-Verify program. E-Verify is an Internet-based system that allows an employer, using information reported on an employee's Form I-9, Employment Eligibility Verification, to determine the eligibility of that employee to work in the United States. As a Federal contractor, The Hartford is required to participate in E-Verify. Please refer to the Eligibility Verification Form on the pre-employment website for a complete list of acceptable documents and bring the appropriate identification forms to orientation on your first day. If you do not have the necessary ____ documentation, please contact me immediately.

**Details for New Employee Orientation:**

| | |
|---|---|
| Date: | July 18, 2011 |
| Time: | 8:00 AM Eastern Standard Time |
| Place: | 2599 Lucien Way, Maitland |
| Parking: | Parking Lot |

This confirmation incorporates The Hartford's Notices of At-Will Employment and Background Check set forth in your Employment Application and is contingent upon a satisfactory background investigation, which meets The Hartford's standards. Employment is also contingent on your ability to provide documentation to satisfy the identification and work authorization requirements of the Immigration Reform and Control Act.

Congratulations and welcome aboard! We look forward to having you become an employee of The Hartford. If you have any questions, please call me at 1-860-409-8360.

Sincerely,

Hartford / Bourne  010003

Kim Coughlin
Talent Management Consultant
Talent Management

cc:  Ruthledge Crump

Please do not reply to this message. Replies are undeliverable and will not reach the Human Resources Department.

*We are an equal opportunity employer and Affirmative Action Employer committed to building inclusion and leveraging diversity. The Hartford maintains a Drug-Free Workplace.*



September 20, 2007

Fatoumata Ceesay
7205 Summerwood Lane
Alpharetta, Georgia 30005

Dear Fatoumata:

I am pleased to confirm your acceptance of our offer to continue with The Hartford as a LTD Claims Analyst III in the Atlanta LTD department. In this position, you will report to Gerald M. Bissett, and your duties will be essentially as discussed during your interviews.

The change in your status will become effective on October 16, 2007. Your semi-monthly salary will be $1,954.17, ($46,900.00 annualized) covering all work performed. This position is a Tier 9 level.

I wish you continued success with your career at The Hartford. If you have any questions, please call me at 678-566-4458.

Sincerely,


Debra C. Bauguss
Staffing Consultant
Talent Acquisition

cc: Gerald M. Bissett

*Our Core Values: Integrity • Financial Discipline • Diversity & Inclusion • Customer Focus • Winning Spirit • Teamwork*

CONFIDENTIAL

HARTFORD 007589

April 3, 2006

Ms. Layfon Ching
564 Water Street
Celebration, FL 34747

Dear Layfon:

I am pleased to confirm your acceptance of our offer to join The Hartford as a LTD
Claims Examiner III in our Group Benefit Claims Department. In this position, you will
report directly to Greta Seay, and your duties will be essentially as discussed during your
interviews.

**The details of your offer are as follows:**

- Your first day of employment at The Hartford will be Monday, April 17, 2006.
- Your semi-monthly salary will be $1,416.67, ($34,000 annualized), covering all
  work performed.
- You will be eligible to participate in The Hartford's Annual Incentive Plan
  pursuant to the terms and conditions of the plan.
- Additional information on The Hartford's compensation programs will be
  provided to you upon hire.
- In addition, according to The Hartford's Paid Time Off (PTO) policy provisions,
  you will be eligible for a total of 12.8 days for the remainder of the calendar year
  2006. This amount is prorated and based on your start date of Monday, April 17,
  2006. Beginning in 2007, you will be eligible to earn 19 PTO days for the year.

**Prior to your first day:**

- Please visit our pre-employment website located at
  http://newhire.thehartford.com. Your User ID is: **welcome**, and your password is:
  **newhire**. Please click on the link for "Online Employment Forms" and print and
  fill out the forms prior to your first day of employment. Several of these pre-
  employment forms **must be completed** prior to and submitted on your first day in
  order to ensure timely and accurate payroll processing (please see the "Forms
  Checklist" for instructions on which forms to fill out and/or sign).
- This website also gives you the opportunity to learn about The Hartford before
  you walk through the door on your first day. There you will find valuable
  information on the history of our company, our culture, employee services &
  programs, and policies on such topics as parking, dress code, and
  communications. The website also provides directions to our different office
  locations. If you are unsuccessful in accessing the website, please contact me at
  the number listed below and I will be glad to assist you.

**Items required for your first day:**

- Please bring your completed employment forms that you printed from the pre-employment website.
- Please bring two (2) forms of identification (refer to the Eligibility Verification Form on the pre-employment website for acceptable forms of identification). If you do not have the necessary authorized documentation, please contact me immediately.

**Details for New Employee Orientation:**

|       |                                |
|-------|--------------------------------|
| Date: | Monday , April 17, 2006        |
| Time: | 9:00am                         |
| Place: | 2599 Lucien Way Maitland FL 32751 |

This confirmation incorporates The Hartford's Notices of At-Will Employment and Background Check set forth in your Employment Application and is contingent upon a satisfactory background investigation, which meets The Hartford's standards. Employment is also contingent on your ability to provide documentation to satisfy the identification and work authorization requirements of the Immigration Reform and Control Act.

Congratulations and welcome aboard! We look forward to having you become an employee of The Hartford. If you have any questions, please call me at 407-919-6751.

Sincerely,

Michael Brees
Staffing Consultant
Human Resources

cc: Greta Seay

CONFIDENTIAL

HARTFORD 010137

August 19, 2004

**Ms. Dawn Collins**
**3360 Imperial Hill Drive**
**Snellville, GA  30039**

Dear **Dawn**:

I am pleased to confirm your acceptance of our offer to join The Hartford as a **LTD Claims Examiner III** in the Atlanta-LTD Department.  In this position, you will report directly to **Gerald Bissett**, and your duties will be essentially as discussed during your interviews.

**The details of your offer are as follows:**

- Your first day of employment at The Hartford will be **Tuesday, September 07, 2004**.
- Your semi-monthly salary will be $**1,750.00**, ($**42,000**  annualized), covering all work performed.
- Additional information on The Hartford's compensation programs will be provided to you upon hire.
- In addition, according to The Hartford's Paid Time Off (PTO) policy provisions, you will be eligible for a total of 38.4 hours for the remainder of the calendar year 2004.  This amount is prorated and based on your start date of **Tuesday, September 07, 2004**.  Beginning in 2005, you will be eligible to earn 19 PTO days for the year.

**Prior to your first day:**

- Please visit our pre-employment website located at http://newhire.thehartford.com.  Your User ID is: **welcome**, and your password is: **newhire**.  Please click on the link for "Online Employment Forms" and print and fill out the forms prior to your first day of employment.  Several of these pre-employment forms **must be completed** prior to and submitted on your first day in order to ensure timely and accurate payroll processing (please see the "Forms Checklist" for instructions on which forms to fill out and/or sign).
- This website also gives you the opportunity to learn about The Hartford before you walk through the door on your first day.  There you will find valuable information on the history of our company, our culture, employee services & programs, and policies on such topics as parking, dress code, and communications.  The website also provides directions to our different office locations.  If you are unsuccessful in accessing the website, please contact me at the number listed below and I will be glad to assist you.

CONFIDENTIAL

HARTFORD 007797

**Items required for your first day:**

- Please bring your completed employment forms that you printed from the pre-employment website.
- Please bring two (2) forms of identification (refer to the Eligibility Verification Form on the pre-employment website for acceptable forms of identification).  If you do not have the necessary authorized documentation, please contact me immediately.

**Details for New Employee Orientation:**

        Date:     Tuesday , September 07, 2004
        Time:     9:00am
        Place:    4550 North Point Parkway, Alpharetta, GA 30024
        Parking: Parking Lot

This confirmation incorporates The Hartford's Notices of At-Will Employment and Background Check set forth in your Employment Application and is contingent upon a satisfactory background investigation, which meets The Hartford's standards. Employment is also contingent on your ability to provide documentation to satisfy the identification and work authorization requirements of the Immigration Reform and Control Act.

Congratulations and welcome aboard!  We look forward to having you become an employee of The Hartford.  If you have any questions, please call me at Phone Number.

Sincerely,


**Shayne Hagan**
**Staffing Specialist**


cc:  **Gerald Bissett**

HARTFORD 007798

August 5, 2004

Ms. Amy Cook
116 Westview Ave
Syracuse, NY 13208

Dear Amy:

I am pleased to confirm your acceptance of our offer to join The Hartford as a LTD Claims Examiner III in the Syracuse-LTD - Entire Dept Department. In this position, you will report directly to Edward Summer, and your duties will be essentially as discussed during your interviews.

**The details of your offer are as follows:**

- Your first day of employment at The Hartford will be Monday, August 23, 2004.
- Your semi-monthly salary will be $1,500.00, ($36,000 annualized), covering all work performed.
- You will be eligible to participate in The Hartford's Annual Bonus Program pursuant to the terms and conditions of the program.
- As a rehire, your adjusted service date will be calculated within two weeks of active employment.
- Additional information on The Hartford's compensation programs will be provided to you upon hire.
- In addition, according to The Hartford's Paid Time Off (PTO) policy provisions, you will be eligible for a total of 6.2 days for the remainder of the calendar year 2004. This amount is prorated and based on your start date of Monday, August 23, 2004.

**Prior to your first day:**

- Please visit our pre-employment website located at http://newhire.thehartford.com. Your User ID is: **welcome**, and your password is: **newhire**. Please click on the link for "Online Employment Forms" and print and fill out the forms prior to your first day of employment. Several of these pre-employment forms **must be completed** prior to and submitted on your first day in order to ensure timely and accurate payroll processing (please see the "Forms Checklist" for instructions on which forms to fill out and/or sign).
- This website also gives you the opportunity to learn about The Hartford before you walk through the door on your first day. There you will find valuable information on the history of our company, our culture, employee services & programs, and policies on such topics as parking, dress code, and communications. The website also provides directions to our different office locations. If you are unsuccessful in accessing the website, please contact me at the number listed below and I will be glad to assist you.

**Items required for your first day:**

- Please bring your completed employment forms that you printed from the pre-employment website.
- Please bring two (2) forms of identification (refer to the Eligibility Verification Form on the pre-employment website for acceptable forms of identification). If you do not have the necessary authorized documentation, please contact me immediately.

**Details for New Employee Orientation:**

file://C:\Documents%20and%20Settings\PS33458\Local%20Settings\Temporary%20Inter...   8/24/2004

CONFIDENTIAL

HARTFORD A-M 000431

eRecruit Letter

Date:    Monday, August 23, 2004
Time:    8:00am
Place:   7th Floor Reception Area
Parking: Please park in the same location you parked in for your interviews.

This confirmation incorporates The Hartford's Notices of At-Will Employment and Background Check set forth in your Employment Application and is contingent upon a satisfactory background investigation, which meets The Hartford's standards. Employment is also contingent on your ability to provide documentation to satisfy the identification and work authorization requirements of the Immigration Reform and Control Act.

Congratulations and welcome aboard! We look forward to having you become an employee of The Hartford. If you have any questions, please call me at 860-843-7785.

Sincerely,


Angela Cobane
Staffing Consultant
Human Resources

cc: Edward Summer

file://C:\Documents%20and%20Settings\PS33458\Local%20Settings\Temporary%20Inter...   8/24/2004

CONFIDENTIAL                                                 HARTFORD A-M 000432

May 21, 2004

Ms. Alicia Duquette
5 Sparkle Street
Enfield, CT 06082

Dear Alicia:

I am pleased to confirm your acceptance of our offer to join The Hartford as a Service Specialist in the Group Reinsurance Plus Department. In this position, you will report directly to Arthur Diamond, and your duties will be essentially as discussed during your interviews.

**The details of your offer are as follows:**

- Your first day of employment at The Hartford will be Monday , June 07, 2004.
- Your semi-monthly salary will be $1,250.00, ($30,000 annualized), covering all work performed.
- You will be eligible to participate in The Hartford's Annual Bonus Program pursuant to the terms and conditions of the program.
- Additional information on The Hartford's compensation programs will be provided to you upon hire.
- In addition, according to The Hartford's Paid Time Off (PTO) policy provisions, you will be eligible for a total of 10 days for the remainder of the calendar year 2004. This amount is prorated and based on your start date of Monday , June 07, 2004. Beginning in 2005, you will be eligible to earn 19 PTO days for the year.

**Prior to your first day:**

- Please visit our pre-employment website located at http://newhire.thehartford.com. Your User ID is: **welcome**, and your password is: **newhire**. Please click on the link for "Online Employment Forms" and print and fill out the forms prior to your first day of employment. Several of these pre-employment forms **must be completed** prior to and submitted on your first day in order to ensure timely and accurate payroll processing (please see the "Forms Checklist" for instructions on which forms to fill out and/or sign).
- This website also gives you the opportunity to learn about The Hartford before you walk through the door on your first day. There you will find valuable information on the history of our company, our culture, employee services & programs, and policies on such topics as parking, dress code, and communications. The website also provides directions to our different office locations. If you are unsuccessful in accessing the website, please contact me at the number listed below and I will be glad to assist you.

**Items required for your first day:**

- Please bring your completed employment forms that you printed from the pre-employment website.
- Please bring two (2) forms of identification (refer to the Eligibility Verification Form on the pre-employment website for acceptable forms of identification). If you do not have the necessary authorized documentation, please contact me immediately.

**Details for New Employee Orientation:**

file://C:\Documents%20and%20Settings\ST01080\Local%20Settings\Temp\C.Notes.Data...   05/24/2004

Date:     Monday , June 07, 2004
Time:     8:00 AM
Place:    Simsbury
Parking: Visitor's Parking

This confirmation incorporates The Hartford's Notices of At-Will Employment and Background Check set forth in your Employment Application and is contingent upon a satisfactory background investigation, which meets The Hartford's standards. Employment is also contingent on your ability to provide documentation to satisfy the identification and work authorization requirements of the Immigration Reform and Control Act.

Congratulations and welcome aboard! We look forward to having you become an employee of The Hartford. If you have any questions, please call me at 860-843-5789.

Sincerely,


Sarah Zulick
Specialist, Staffing
Recruiter Dept

cc: Arthur Diamond

CONFIDENTIAL                                    HARTFORD 012265



TRUSTED
200
YEARS
THE HARTFORD

January 21, 2010

Mr. Dale Easterwood
5925 Mulberry Street
Groveland, Florida 34736

Dear Dale:

I am pleased to confirm your acceptance of our offer to join The Hartford as an LTD Analyst III with the Group Benefits Division.  In this position, you will report directly to Ruthledge C Crump, and your duties will be essentially as discussed during your interviews.

The details of your offer are as follows:

- Your first day of employment at The Hartford will be January 25, 2010.

- Your semi-monthly salary will be $1,541.67, ($37,000.00 annualized), covering all work performed.

- Additional information on The Hartford's compensation programs will be provided to you upon hire.

- In addition, according to The Hartford's Paid Time Off (PTO) policy provisions, you will be eligible to accrue a total of 184.0 hours for the remainder of the calendar year 2010 (subject to any policy changes that may occur).  Beginning in 2011, you will be eligible to accrue a total of 192.0 PTO hours for the year.


**Prior to your first day:**

Please visit our pre-employment website located at http://newhire.thehartford.com.  Your User ID is: **welcome**, and your password is: **newhire**.  Please click on the link for "Online Employment Forms" and print and fill out the forms prior to your first day of employment.  Several of these pre-employment forms **must be completed** prior to and submitted on your first day in order to ensure timely and accurate payroll processing (please see the "Forms Checklist" for instructions on which forms to fill out and/or sign).

This website also gives you the opportunity to learn about The Hartford before you walk through the door on your first day.  There you will find valuable information on the history of our company, our culture, employee services & programs, and policies on such topics as parking, dress code, and communications.  The website also provides directions to our different office locations.  If you are unsuccessful in accessing the website, please contact me at the number listed below and I will be glad to assist you.

**Items required for your first day:**

Please bring your completed employment forms that you printed from the pre-employment website.

***If you do not complete the I-9 Form showing that you are authorized to work in the U.S. no later than three (3) days after your date of hire, then federal law will require The Hartford to terminate your employment.***

On your first day of employment, please bring identification that satisfies your employment eligibility (refer to the Eligibility Verification Form on the pre-employment website - either a List A document **or** a List B **AND** List C document).  Federal law requires that we verify employment eligibility.  If you do not have the necessary authorized documentation, please contact me immediately.

**Details for New Employee Orientation:**

| | |
|---|---|
| Date: | January 25, 2010 |
| Time: | 8:00 AM |

CONFIDENTIAL

HARTFORD 012398

| Place: | Maitland Campus |
| Parking: | Employee Parking Lot |

This confirmation incorporates The Hartford's Notices of At-Will Employment and Background Check set forth in your Employment Application and is contingent upon a satisfactory background investigation, which meets The Hartford's standards. Employment is also contingent on your ability to provide documentation to satisfy the identification and work authorization requirements of the Immigration Reform and Control Act.

Congratulations and welcome aboard! We look forward to having you become an employee of The Hartford. If you have any questions, please call me at 651-738-4013.

Sincerely,


Lynn Card
Staffing Consultant
Talent Acquisition

cc: Ruthledge C Crump

*We are an equal opportunity employer committed to building inclusion and leveraging diversity.*

CONFIDENTIAL

HARTFORD 012399



Ruthledge Crump /HLIFE
01/08/2010 02:33 PM

To ·Prandai Ramnarine/HLIFE@HARTFORD_LIFE
cc
bcc
Subject   System Access

Joy,

As discussed, please request system access for the following new hires.  Thank you.

Ruthledge Crump
LTD Director
GBD Claims
2599 Lucien Way
Maitland, FL 32751
Voice: (407) 919-6834
Fax: (860) 392-3499
ruthledge.crump@hartfordlife.com
----- Forwarded by Ruthledge Crump/HLIFE on 01/08/2010 02:32 PM -----



Human Resources
<hr-thehartford@invalidemail.
com>
01/07/2010 11:35 AM

To   Mollye Frame <mollyeframe@yahoo.com>
cc   ruthledge.crump@hartfordlife.com
Subject   The Hartford:  **Confidential** Congratulations & Welcome
Mollye E. Frame! Offer letter confirmation enclosed.

January 7, 2010

Ms. Mollye Frame
653 Tomlinson Terrace
Lake Mary, Florida 32746

Dear Mollye:

I am pleased to confirm your acceptance of our offer to join The Hartford as an LTD Analyst III
with the Group Benefits Division in Maitland.  In this position, you will report directly to
Ruthledge C Crump, and your duties will be essentially as discussed during your interviews.

The details of your offer are as follows:
- Your first day of employment at The Hartford will be January 25, 2010. Start time is 8:00
  a.m.

CONFIDENTIAL

- Your semi-monthly salary will be $1,541.67, ($37,000.00 annualized), covering all work performed.
- Additional information on The Hartford's compensation programs will be provided to you upon hire.
- In addition, according to The Hartford's Paid Time Off (PTO) policy provisions, you will be eligible to accrue a total of 144.0 hours for the remainder of the calendar year 2010 (subject to any policy changes that may occur). Beginning in 2011, you will be eligible to accrue a total of 152.0 PTO hours for the year.

**Prior to your first day:**

Please visit our pre-employment website located at http://newhire.thehartford.com. Your User ID is: **welcome**, and your password is: **newhire**. Please click on the link for "Online Employment Forms" and print and fill out the forms prior to your first day of employment. Several of these pre-employment forms **must be completed** prior to and submitted on your first day in order to ensure timely and accurate payroll processing (please see the "Forms Checklist" for instructions on which forms to fill out and/or sign).

This website also gives you the opportunity to learn about The Hartford before you walk through the door on your first day. There you will find valuable information on the history of our company, our culture, employee services & programs, and policies on such topics as parking, dress code, and communications. The website also provides directions to our different office locations. If you are unsuccessful in accessing the website, please contact me at the number listed below and I will be glad to assist you.

**Items required for your first day:**

Please bring your completed employment forms that you printed from the pre-employment website.

***If you do not complete the I-9 Form showing that you are authorized to work in the U.S. no later than three (3) days after your date of hire, then federal law will require The Hartford to terminate your employment.***

On your first day of employment, please bring identification that satisfies your employment eligibility (refer to the Eligibility Verification Form on the pre-employment website - either a List A document **or** a List B **AND** List C document). Federal law requires that we verify employment eligibility. If you do not have the necessary authorized documentation, please contact me immediately.

**Details for New Employee Orientation:**

| | |
|---|---|
| Date: | January 25, 2010 |
| Time: | 8:00 AM |
| Place: | Maitland Campus |
| Parking: | Employee Parking Lot |

CONFIDENTIAL



THE
HARTFORD

April 3, 2007

Ms. Jamie Hammond
356 County Route 29
Oswego, NY 13126

Dear Jamie:

I am pleased to confirm your acceptance of our offer to continue with The Hartford as an LTD Claims Examiner III in the Syracuse LTD Dept department. In this position, you will report to John Robinson, and your duties will be essentially as discussed during your interviews.

The change in your status will become effective on 05/01/2007. Your first day of employment will be 05/07/2007. Your semi-monthly salary will be $1,458.33, ($35,000 annualized) covering all work performed. This position is a Tier 9 level.

I wish you continued success with your career at The Hartford. If you have any questions, please call me at 860-843-8838.

Sincerely,

Gretchen Carrolla
Staffing Consultant
Talent Acquisition

cc: John Robinson

HARTFORD 009717



April 5, 2007

Mr. Timothy Hardy
121 Longdale Drive
Liverpool, NY 13090

Dear Timothy:

I am pleased to confirm your acceptance of our offer to continue with The Hartford as an LTD Claims Examiner III in the Syracuse LTD department. In this position, you will report to John Robinson, and your duties will be essentially as discussed during your interviews.

The change in your status will become effective on 05/01/2007.  Your first day in your new position will be 05/07/2007. Your semi-monthly salary will be $1,520.83, ($36,500 annualized) covering all work performed. This position is a Tier 9 level.

I wish you continued success with your career at The Hartford. If you have any questions, please call me at 860-843-8838.

Sincerely,


Gretchen Carrolla
Staffing Consultant
Talent Acquisition


cc: John Robinson

September 21, 2006

Ms. Tia Jenkins
1435 Boggs Rd
Duluth, GA 30096

Dear Tia:

I am pleased to confirm your acceptance of our offer to join The Hartford as a LTD
Claims Examiner III in the Atlanta-LTD Department. In this position, you will report
directly to Gerald Bissett, and your duties will be essentially as discussed during your
interviews.

**The details of your offer are as follows:**

- Your first day of employment at The Hartford will be Monday, October 09, 2006.
- Your semi-monthly salary will be $1,750.00, ($42,000 annualized), covering all
  work performed.
- You will be eligible to participate in The Hartford's Long-Term Incentive
  Compensation Program, subject to the discretion of senior management.
  Additional information on The Hartford's Long-Term Incentive Compensation
  Program will be provided to you upon hire.
- Additional information on The Hartford's compensation programs will be
  provided to you upon hire.
- In addition, according to The Hartford's Paid Time Off (PTO) policy provisions,
  you will be eligible for a total of 2.4 days for the remainder of the calendar year
  2006. This amount is prorated and based on your start date of Monday, October
  09, 2006. Beginning in 2007, you will be eligible to earn 19 PTO days for the
  year.

**Prior to your first day:**

- Please visit our pre-employment website located at
  http://newhire.thehartford.com. Your User ID is: **welcome**, and your password is:
  **newhire**. Please click on the link for "Online Employment Forms" and print and
  fill out the forms prior to your first day of employment. Several of these pre-
  employment forms **must be completed** prior to and submitted on your first day in
  order to ensure timely and accurate payroll processing (please see the "Forms
  Checklist" for instructions on which forms to fill out and/or sign).
- This website also gives you the opportunity to learn about The Hartford before
  you walk through the door on your first day. There you will find valuable
  information on the history of our company, our culture, employee services &
  programs, and policies on such topics as parking, dress code, and
  communications. The website also provides directions to our different office

locations. If you are unsuccessful in accessing the website, please contact me at the number listed below and I will be glad to assist you.

**Items required for your first day:**

- Please bring your completed employment forms that you printed from the pre-employment website.
- ***If you do not complete the I-9 Form showing that you are authorized to work in the U.S. within three (3) days after your date of hire, then federal law requires The Hartford to terminate your employment.***
- On your first day of employment, please bring identification that satisfies your employment eligibility (refer to the Eligibility Verification Form on the pre-employment website - either a List A document **or** a List B **AND** List C document). Federal law requires that we verify employment eligibility. If you do not have the necessary authorized documentation, please contact me immediately.

**Details for New Employee Orientation:**

|       |                            |
|-------|----------------------------|
| Date: | Monday , October 09, 2006  |
| Time: | 9:00 AM                    |
| Place:| Alpharetta office          |

This confirmation incorporates The Hartford's Notices of At-Will Employment and Background Check set forth in your Employment Application and is contingent upon a satisfactory background investigation, which meets The Hartford's standards. Employment is also contingent on your ability to provide documentation to satisfy the identification and work authorization requirements of the Immigration Reform and Control Act.

Congratulations and welcome aboard! We look forward to having you become an employee of The Hartford. If you have any questions, please call me at 678-566-4458.

Sincerely,

Debra Bauguss
Staffing Consultant
Staffing Consultant

cc: Gerald Bissett



Human Resources
<noreply.Talent@thehartford.com>

07/15/2010 03:35 PM

To   Jessica Lopez <jessica.lopez@hartfordlife.com>
cc   Ruthledge.Crump@Hartfordlife.com,
     Prandai.Ramnarine@Hartfordlife.com
bcc

Subject   **Confidential** Congratulations Jessica Lopez! Offer letter
          confirmation enclosed.



July 15, 2010

Ms. Jessica Lopez
5719 Crowntree Lane
Orlando, Florida 32829

Dear Jessica:

I am pleased to confirm your acceptance of our offer to continue with The Hartford as an LTD
Claims Anlst III.  In this position, you will report to Ruthledge  Crump, and your duties will be
essentially as discussed during your interviews.

- The change in your status will become effective on July 16, 2010.
- Your semi-monthly salary will be $1,541.67, ($37,000.00 annualized) covering all work
  performed.
- This position is a Tier 09 level.

I wish you continued success with your career at The Hartford  If you have any questions, please
call me at 651-738-4013.

Sincerely,

Lynn Card
Staffing Consultant
Talent Management

cc:  Ruthledge Crump

HARTFORD 009918

Please do not reply to this message. Replies are undeliverable and will not reach the Human Resources Department.

*We are an equal opportunity employer and Affirmative Action Employer committed to building*

*inclusion and leveraging diversity. The Hartford maintains a Drug-Free Workplace.*   current_email_in_html.html

HARTFORD 009919



**THE HARTFORD**

July 31, 2006

Mr. Glenn Lundberg
421 14th Ave N
Hopkins, MN 55343

Dear Glenn:

I am pleased to confirm your acceptance of our offer to join The Hartford as a LTD Claim Examiner IV in the Minneapolis-LTD Department. In this position, you will report directly to James Evenson, and your duties will be essentially as discussed during your interviews.

**The details of your offer are as follows:**

- Your first day of employment at The Hartford will be Monday, August 14, 2006.
- Your semi-monthly salary will be $1,791.67, ($43,000 annualized), covering all work performed.
- As a rehire, your adjusted service date will be calculated within two weeks of active employment.
- Additional information on The Hartford's compensation programs will be provided to you upon hire.
- In addition, according to The Hartford's Paid Time Off (PTO) policy provisions, you will be eligible for a total of 9.2 Remaining days for the remainder of the calendar year 2006. This amount is prorated and based on your start date of Monday, August 14, 2006. Beginning in 2007, you will be eligible to earn 29.0 PTO days for the year.

**Prior to your first day:**

- Please visit our pre-employment website located at http://newhire.thehartford.com. Your User ID is: **welcome**, and your password is: **newhire**. Please click on the link for "Online Employment Forms" and print and fill out the forms prior to your first day of employment. Several of these pre-employment forms **must be completed** prior to and submitted on your first day in order to ensure timely and accurate payroll processing (please see the "Forms Checklist" for instructions on which forms to fill out and/or sign).
- This website also gives you the opportunity to learn about The Hartford before you walk through the door on your first day. There you will find valuable information on the history of our company, our culture, employee services & programs, and policies on such topics as parking, dress code, and communications. The website also provides directions to our different office locations. If you are unsuccessful in accessing the website, please contact me at the number listed below and I will be glad to assist you.

CONFIDENTIAL

**Items required for your first day:**

- Please bring your completed employment forms that you printed from the pre-employment website.
- *If you do not complete the I-9 Form showing that you are authorized to work in the U.S. within three (3) days after your date of hire, then federal law requires The Hartford to terminate your employment.*
- On your first day of employment, please bring identification that satisfies your employment eligibility (refer to the Eligibility Verification Form on the pre-employment website - either a List A document **or** a List B **AND** List C document). Federal law requires that we verify employment eligibility. If you do not have the necessary authorized documentation, please contact me immediately.

**Details for New Employee Orientation:**

|  |  |
|---|---|
| Date: | Monday , August 14, 2006 |
| Time: | 8:30am |
| Place: | Bloomington Office |

This confirmation incorporates The Hartford's Notices of At-Will Employment and Background Check set forth in your Employment Application and is contingent upon a satisfactory background investigation, which meets The Hartford's standards. Employment is also contingent on your ability to provide documentation to satisfy the identification and work authorization requirements of the Immigration Reform and Control Act.

Congratulations and welcome aboard! We look forward to having you become an employee of The Hartford. If you have any questions, please call me at 678-566-4265.

Sincerely,


Derek Scott
Sr. Staffing Consultant
Human Resources

cc: James Evenson

**Social Security #:**
**Employee ID #:  120984**

HARTFORD 009146



TRUSTED
200 YEARS
**THE HARTFORD**

December 14, 2010

Ms. Susan Matlock
12736 Lake Ridge Circle
Clermont, Florida 34711

Dear Susan:

I am pleased to confirm your acceptance of our offer to join The Hartford as an LTD Claims Analyst. In this position, you will report directly to Ruthledge Crump, and your duties will be essentially as discussed during your interviews.

The details of your offer are as follows:

- Your first day of employment at The Hartford will be January 3, 2011.

- Your semi-monthly salary will be $1,541.67, ($37,000.00 annualized), covering all work performed.

- Additional information on The Hartford's compensation programs will be provided to you upon hire.

- In addition, according to The Hartford's Paid Time Off (PTO) policy provisions, you will be eligible to accrue a total of 144.0 hours for the remainder of the calendar year 2011 (subject to any policy changes that may occur). Beginning in 2012, you will be eligible to accrue a total of 152.0 PTO hours for the year.

**Prior to your first day:**

Please visit our pre-employment website located at http://newhire.thehartford.com. Your User ID is: **welcome**, and your password is: **newhire**. This website gives you the opportunity to learn about The Hartford before you walk through the door on your first day. There you will find valuable information on the history of our company, our culture, employee services & programs, and policies on such topics as parking, dress code, and communications. The website also provides directions to our different office locations. If you are unsuccessful in accessing the website, please contact me at the number listed below and I will be glad to assist you.

**Items required for your first day:**

Your employment with The Hartford is contingent upon your satisfying the identification, verification and work authorization requirements of the Immigration Reform and Control Act and the Federal E-Verify program. E-Verify is an Internet-based system that allows an employer, using information reported on an employee's Form I-9, Employment Eligibility Verification, to determine the eligibility of that employee to work in the United States. As a Federal contractor, The Hartford is required to participate in E-Verify. Please refer to the Eligibility Verification Form on the pre-employment website for a complete list of acceptable documents and bring the appropriate identification forms to orientation on your first day. If you do not have the necessary authorization documentation,

CONFIDENTIAL                                                    HARTFORD 009449

please contact me immediately.

**Details for New Employee Orientation:**

| | |
|---|---|
| Date: | January 3, 2011 |
| Time: | 8:30 AM |
| Place: | 2599 Lucien Way |
| Parking: | General Parking Area |

This confirmation incorporates The Hartford's Notices of At-Will Employment and Background Check set forth in your Employment Application and is contingent upon a satisfactory background investigation, which meets The Hartford's standards.  Employment is also contingent on your ability to provide documentation to satisfy the identification and work authorization requirements of the Immigration Reform and Control Act.

Congratulations and welcome aboard!  We look forward to having you become an employee of The Hartford.  If you have any questions, please call me at 1-317-249-3481.

Sincerely,


Wendy Porter
Talent Management Consultant
Talent Management


cc:  Ruthledge Crump


*We are an equal opportunity employer and Affirmative Action Employer committed to building inclusion and leveraging diversity. The Hartford maintains a Drug-Free Workplace.*

CONFIDENTIAL                                                                                    HARTFORD 009450



**THE HARTFORD**

February 15, 2010

Keith Mavity
2625 Bridgewater Circle
Gainesville, Georgia 30506

Dear Keith:

I am pleased to confirm your acceptance of our offer to join The Hartford as an Ability Analyst IV in the LTD Department.  In this position, you will report directly to Jerry Bissett, and your duties will be essentially as discussed during your interviews.

The details of your offer are as follows:

- Your first day of employment at The Hartford will be March 1, 2010.

- Your semi-monthly salary will be $1,916.67, ($46,000.00 annualized), covering all work performed.

- Additional information on The Hartford's compensation programs will be provided to you upon hire.

- In addition, according to The Hartford's Paid Time Off (PTO) policy provisions, you will be eligible to accrue a total of 15.2 days (121.6 hours) for the remainder of the calendar year 2010 (subject to any policy changes that may occur).  Beginning in 2011, you will be eligible to accrue a total of 24 days (192 hours) for the year.

- As a rehire, your adjusted service date will available to you upon hire and can be accessed through eWorkplace, The Hartford's internal online information center.


**Prior to your first day:**

Please visit our pre-employment website located at http://newhire.thehartford.com.  Your User ID is: **welcome**, and your password is: **newhire**.  Please click on the link for "Online Employment Forms" and print and fill out the forms prior to your first day of employment.  Several of these pre-employment forms **must be completed** prior to and submitted on your first day in order to ensure timely and accurate payroll processing (please see the "Forms Checklist" for instructions on which forms to fill out and/or sign).

This website also gives you the opportunity to learn about The Hartford before you walk through the door on your first day.  There you will find valuable information on the history of our company, our culture, employee services & programs, and policies on such topics as parking, dress code, and communications.  The website also provides directions to our different office locations.  If you are unsuccessful in accessing the website, please contact me at the number listed below and I will be glad to assist you.

file://C:\Documents and Settings\PH63988\Local Settings\Temp\notesC9812B\~6096356.html          3/2/2010

**Items required for your first day:**

Please bring your completed employment forms that you printed from the pre-employment website.

Your employment with The Hartford is contingent upon your satisfying the identification, verification and work authorization requirements of the Immigration Reform and Control Act and the Federal E-Verify program.  E-Verify is an Internet-based system that allows an employer, using information reported on an employee's Form I-9, Employment Eligibility Verification, to determine the eligibility of that employee to work in the United States. As a Federal contractor, The Hartford is required to participate in E-Verify.  Please refer to the Eligibility Verification Form on the pre-employment website for a complete list of acceptable documents and bring the appropriate identification forms to orientation on your first day.   If you do not have the necessary authorized documentation, please contact me immediately.

**Details for New Employee Orientation**:

| | |
|---|---|
| Date: | March 1, 2010 |
| Time: | 8:30 AM |
| Place: | 1125 Sanctuary Parkway |
| Parking: | General |

This confirmation incorporates The Hartford's Notices of At-Will Employment and Background Check set forth in your Employment Application and is contingent upon a satisfactory background investigation, which meets The Hartford's standards.  Employment is also contingent on your ability to provide documentation to satisfy the identification and work authorization requirements of the Immigration Reform and Control Act.

Congratulations and welcome aboard!  We look forward to having you become an employee of The Hartford.  If you have any questions, please call me at 678-566-4458.

Sincerely,

Debbie Cliche
Staffing Consultant
Talent Acquisition

cc:  Jerry Bissett


*We are an equal opportunity employer committed to building inclusion and leveraging diversity.*

file://C:\Documents and Settings\PH63988\Local Settings\Temp\notesC9812B\~6096356.html          3/2/2010

CONFIDENTIAL                                                                                    HARTFORD 013921



**THE
HARTFORD**

September 20, 2011

Jeff Metzger
5740 Stevehaven Ln.
Cumming, Georgia 30028

Dear Jeff:

I am pleased to confirm your acceptance of our offer to continue with The Hartford as an Ability Analyst III in the Long Term Disability Department.  In this position, you will report to Peter Johnson, and your duties will be essentially as discussed during your interviews.

- The change in your status will become effective on October 1, 2011.
- Your semi-monthly salary will be $1,708.33, ($41,000.00 annualized) covering all work performed.
- This position is a Tier 09 level.

I wish you continued success with your career at The Hartford.  If you have any questions, please call me at 1-678-566-4458.

Sincerely,


Debra L Cliche
Staffing Consultant
Talent Management

cc:  Peter Johnson

*We are an equal opportunity employer and Affirmative Action Employer committed to building inclusion and leveraging diversity. The Hartford maintains a Drug-Free Workplace.*

file://C:\Documents and Settings\PH63988\Local Settings\Temporary Internet Files\OLK9...   9/20/2011

CONFIDENTIAL                                                          HARTFORD 009572



November 21, 2006


Ms. Erin Norman
2929 Pine Ave.
Apopka, FL 32703

Dear Erin:

I am pleased to confirm your acceptance of our offer to join The Hartford as a STD
Claims Examiner I in the Maitland STD Department. In this position, you will report
directly to Janet Linn, and your duties will be essentially as discussed during your
interviews.

**The details of your offer are as follows:**

- Your first day of employment at The Hartford will be Monday, November 27,
  2006.
- Your semi-monthly salary will be $1,208.33, ($29,000 annualized), covering all
  work performed.
- You will be eligible to participate in The Hartford's Incentive Plan pursuant to the
  terms and conditions of the plan.
- Additional information on The Hartford's compensation programs will be
  provided to you upon hire.
- In addition, according to The Hartford's Paid Time Off (PTO) policy provisions,
  you will be eligible for a total of 1 day for the remainder of the calendar year
  2006. This amount is prorated and based on your start date of Monday, November
  27, 2006. Beginning in 2007, you will be eligible to earn 19 PTO days for the
  year.

**Prior to your first day:**

- Please visit our pre-employment website located at
  http://newhire.thehartford.com. Your User ID is: **welcome**, and your password is:
  **newhire**. Please click on the link for "Online Employment Forms" and print and
  fill out the forms prior to your first day of employment. Several of these pre-
  employment forms **must be completed** prior to and submitted on your first day in
  order to ensure timely and accurate payroll processing (please see the "Forms
  Checklist" for instructions on which forms to fill out and/or sign).

- This website also gives you the opportunity to learn about The Hartford before you walk through the door on your first day. There you will find valuable information on the history of our company, our culture, employee services & programs, and policies on such topics as parking, dress code, and communications. The website also provides directions to our different office locations. If you are unsuccessful in accessing the website, please contact me at the number listed below and I will be glad to assist you.

**Items required for your first day:**

- Please bring your completed employment forms that you printed from the pre-employment website.
- *If you do not complete the I-9 Form showing that you are authorized to work in the U.S. within three (3) days after your date of hire, then federal law requires The Hartford to terminate your employment.*
- On your first day of employment, please bring identification that satisfies your employment eligibility (refer to the Eligibility Verification Form on the pre-employment website - either a List A document **or** a List B **AND** List C document). Federal law requires that we verify employment eligibility. If you do not have the necessary authorized documentation, please contact me immediately.

**Details for New Employee Orientation:**

|  |  |
|---|---|
| Date: | Monday, November 27, 2006 |
| Time: | 8:30 a.m. |
| Place: | Maitland Office |

This confirmation incorporates The Hartford's Notices of At-Will Employment and Background Check set forth in your Employment Application and is contingent upon a satisfactory background investigation, which meets The Hartford's standards. Employment is also contingent on your ability to provide documentation to satisfy the identification and work authorization requirements of the Immigration Reform and Control Act.

Congratulations and welcome aboard! We look forward to having you become an employee of The Hartford. If you have any questions, please call me at 407-919-6751.

Sincerely,


Michael Brees
Staffing Consultant
Talent Acquisition


cc: Janet Linn

HARTFORD 009854



THE HARTFORD

May 17, 2004

Lawonza Thomas
4683 Miranda Circle
Orlando, FL 32818

Dear Lawonza:

I am pleased to confirm your acceptance of our offer to continue with The Hartford as an Overpayment Coordinator the Maitland Office. You will report to Tiffany Dyenson and your duties will be essentially as discussed during your interviews.

**The details of your offer are as follows:**
  ➢ The change in your status will become effective on May 24, 2004.
  ➢ Your semi-monthly salary will be $1,375.00 ($33,000 annualized), covering all work performed.
  ➢ In addition, according to The Hartford's Paid Time Off (PTO) policy provisions, and because you are currently an employee of The Hartford, your PTO will be the same as your prior position. This is your current total annual allowable PTO less any PTO taken as of January 1, 2004.

Congratulations and welcome aboard! If you have any questions, please call me at 407-919-6512.

Sincerely,

David Oppenheimer
Staffing Consultant

cc:    Tiffany Dyneson
       Judy Halbrooks



October 12, 2010

Ms. Norwinna Shaunte Tobias
550 Via Del Oro #204
Altamonte Springs, Florida 32714

Dear Shaunte:

I am pleased to confirm your acceptance of our offer to continue with The Hartford as an LTD Claims Analyst IV in the Maitland Claim Office. In this position, you will report to Ruthledge Crump, and your duties will be essentially as discussed during your interviews.

The change in your status will become effective on October 16, 2010, with an acutal start date of October 18. Your semi-monthly salary will be $1,750.00, ($42,000.00 annualized) covering all work performed. This position is a Tier 9 level.

I wish you continued success with your career at The Hartford. If you have any questions, please call me at 860-409-8360.

Sincerely,


Kim Coughlin
Talent Management Consultant
Talent Management

cc: Ruthledge C Crump


*We are an equal opportunity employer and Affirmative Action Employer committed to building inclusion and leveraging diversity. The Hartford maintains a Drug-Free Workplace.*

CONFIDENTIAL                                                    HARTFORD 011042



THE
HARTFORD

October 10, 2003

Cheryl Vattimo
8791 Radburn Drive
Baldwinsville, NY  13027

Dear Cheryl:

We are pleased to confirm your acceptance of our offer to continue with The Hartford as a LTD Claims Examiner IV in the Syracuse-Long Term Disability Department.  In this position, you will report to W. Edward Summer, and your duties will be essentially as discussed during your interviews.

This change in assignment will become effective on October 13, 2003.  Your semi-monthly salary will be $1666.67 ($40,000 annualized) and will become effective on 11/1/2003.

We wish you continued success with your career at The Hartford.  If you have any questions regarding this change, please contact me at (315) 385-6083.

Sincerely,

Diane Brody
HR Manager

Your signature below indicates your understanding and acceptance of the above.

Cheryl Vattimo

Human Resource Department
Syracuse Field Office
One Park Place
300 S. State St.
Syracuse, NY 13202
Mailing Address: P. O. Box 4764
Syracuse, NY 13221-4764
Telephone 315 385 6500
Toll Free 800 253 3651
Facsimile 315 477 0876

CONFIDENTIAL                                                 HARTFORD 011202



| | |
|---|---|
| **Human Resources**<br><noreply.Talent@thehartford.com> | To   Victoria Vaughn <toriv3@yahoo.com> |
| | cc   Ruthledge.Crump@Hartfordlife.com,<br>Prandai.Ramnarine@Hartfordlife.com,<br>Nancy.Lopez@Hartfordlife.com |
| 07/09/2010 07:28 AM | bcc |
| | Subject   The Hartford: **Confidential** Congratulations & Welcome<br>Victoria Ann. Vaughn! Offer letter confirmation enclosed. |



July 9, 2010

Ms. Victoria Vaughn
2691 Albatross Road N
Delray Beach, Florida 33444

Dear Victoria:

I am pleased to confirm your acceptance of our offer to join The Hartford as a Claims Analyst III in the Maitland LTD Department.  In this position, you will report directly to Ruthledge Crump, and your duties will be essentially as discussed during your interviews.

The details of your offer are as follows:

- Your first day of employment at The Hartford will be July 19, 2010.
- Your semi-monthly salary will be $1,541.67, ($37,000.00 annualized), covering all work performed.
- Additional information on The Hartford's compensation programs will be provided to you upon hire.
- In addition, according to The Hartford's Paid Time Off (PTO) policy provisions, you will be eligible to accrue a total of 60.8 hours for the remainder of the calendar year 2010 (subject to any policy changes that may occur).  Beginning in 2011, you will be eligible to accrue a total of 152.0 PTO hours for the year.

**Prior to your first day:**

Please visit our pre-employment website located at http://newhire.thehartford.com.  Your User

HARTFORD 011392

ID is: **welcome**, and your password is: **newhire**. This website gives you the opportunity to learn about The Hartford before you walk through the door on your first day. There you will find valuable information on the history of our company, our culture, employee services & programs, and policies on such topics as parking, dress code, and communications. The website also provides directions to our different office locations. If you are unsuccessful in accessing the website, please contact me at the number listed below and I will be glad to assist you.

**Items required for your first day:**

Your employment with The Hartford is contingent upon your satisfying the identification, verification and work authorization requirements of the Immigration Reform and Control Act and the Federal E-Verify program. E-Verify is an Internet-based system that allows an employer, using information reported on an employee's Form I-9, Employment Eligibility Verification, to determine the eligibility of that employee to work in the United States. As a Federal contractor, The Hartford is required to participate in E-Verify. Please refer to the Eligibility Verification Form on the pre-employment website for a complete list of acceptable documents and bring the appropriate identification forms to orientation on your first day. If you do not have the necessary authorization documentation, please contact me immediately.

**Details for New Employee Orientation:**

| | |
|---|---|
| Date: | July 19, 2010 |
| Time: | 8:30 AM |
| Place: | Maitland Campus- 2599 Lucien Way, Maitland, FL 32751 |
| Parking: | General Parking Lot |

This confirmation incorporates The Hartford's Notices of At-Will Employment and Background Check set forth in your Employment Application and is contingent upon a satisfactory background investigation, which meets The Hartford's standards. Employment is also contingent on your ability to provide documentation to satisfy the identification and work authorization requirements of the Immigration Reform and Control Act.

Congratulations and welcome aboard! We look forward to having you become an employee of The Hartford. If you have any questions, please call me at 651-738-4013.

Sincerely,

Lynn Card
Staffing Consultant
Talent Management

cc: Ruthledge Crump

Please do not reply to this message. Replies are undeliverable and will not reach the Human Resources Department.

*We are an equal opportunity employer committed to building inclusion and leveraging diversity .*

June 4, 2007

Ms. Carolee Wagner
3417 Noble St
Titusville, FL 32780

Dear Carolee:

I am pleased to confirm your acceptance of our offer to continue with The Hartford as a LTD SAM Claim Examiner II in the Maitland LTD-Entire department. In this position, you will report to Donald Grimm, and your duties will be essentially as discussed during your interviews.

The change in your status will become effective on June 18, 2007. Your semi-monthly salary will be $1,208.33, ($29,000 annualized) covering all work performed. This position is a Tier 10 level.

I wish you continued success with your career at The Hartford. If you have any questions, please call me at 407-919-6751.

Sincerely,

Michael Brees
Sr. Staffing Consultant
Human Resources

cc: Donald Grimm



THE
HARTFORD

March 22, 2007

Ms. Elizabeth Wagner
4712 Beef Street
Syracuse, NY 13215

Dear Elizabeth:

I am pleased to confirm your acceptance of our offer to join The Hartford as a LTD
Claims Examiner III in the Syracuse-LTD Department. In this position, you will report
directly to John Robinson, and your duties will be essentially as discussed during your
interviews.

**The details of your offer are as follows:**

- Your first day of employment at The Hartford will be Monday, April 09, 2007.
- Your semi-monthly salary will be $1,520.83, ($36,500 annualized), covering all
  work performed.
- You will be eligible to participate in The Hartford's Incentive Plan pursuant to the
  terms and conditions of the plan.
- Additional information on The Hartford's compensation programs will be
  provided to you upon hire.
- In addition, according to The Hartford's Paid Time Off (PTO) policy provisions,
  you will be eligible for a total of 12.8 days for the remainder of the calendar year
  2007. This amount is prorated and based on your start date of Monday, April 09,
  2007. Beginning in 2008, you will be eligible to earn 19 PTO days for the year.

**Prior to your first day:**

- Please visit our pre-employment website located at
  http://newhire.thehartford.com. Your User ID is: **welcome**, and your password is:
  **newhire**. Please click on the link for "Online Employment Forms" and print and
  fill out the forms prior to your first day of employment. Several of these pre-
  employment forms **must be completed** prior to and submitted on your first day in
  order to ensure timely and accurate payroll processing (please see the "Forms
  Checklist" for instructions on which forms to fill out and/or sign).
- This website also gives you the opportunity to learn about The Hartford before
  you walk through the door on your first day. There you will find valuable

CONFIDENTIAL

information on the history of our company, our culture, employee services & programs, and policies on such topics as parking, dress code, and communications. The website also provides directions to our different office locations. If you are unsuccessful in accessing the website, please contact me at the number listed below and I will be glad to assist you.

**Items required for your first day:**

- Please bring your completed employment forms that you printed from the pre-employment website.
- ***If you do not complete the I-9 Form showing that you are authorized to work in the U.S. within three (3) days after your date of hire, then federal law requires The Hartford to terminate your employment.***
- On your first day of employment, please bring identification that satisfies your employment eligibility (refer to the Eligibility Verification Form on the pre-employment website - either a List A document **or** a List B **AND** List C document). Federal law requires that we verify employment eligibility. If you do not have the necessary authorized documentation, please contact me immediately.

**Details for New Employee Orientation:**

|  |  |
|---|---|
| Date: | Monday, April 09, 2007 |
| Time: | 8:00 a.m. |
| Place: | One Park Place, 300 S. State Street, 7th Floor |
| | Atrium Parking Lot |
| Parking: | Corner of S. Franklin Street & W. Fayette Street |
| | Entrance to Garage is on S. Franklin Street |

This confirmation incorporates The Hartford's Notices of At-Will Employment and Background Check set forth in your Employment Application and is contingent upon a satisfactory background investigation, which meets The Hartford's standards. Employment is also contingent on your ability to provide documentation to satisfy the identification and work authorization requirements of the Immigration Reform and Control Act.

Congratulations and welcome aboard! We look forward to having you become an employee of The Hartford. If you have any questions, please call me at 860-843-8838.

Sincerely,

Gretchen Carrolla
Staffing Consultant
Talent Acquisition

cc: John Robinson

CONFIDENTIAL                    HARTFORD A-M 000864

**THE HARTFORD**

Group Benefits Department

April 30 , 2004

Ms. Tanya Walsh
7806 Bay Cedar Drive
Orlando, FL 32835

Dear Tanya:

I am pleased to extend you an offer to join The Hartford as a LTD Claims Examiner III in our Maitland office. In this position, you will report directly to Miriam Rodriguez, and your duties will be essentially as discussed during your interviews. On your first day, please report to the Human Resources office for the new hire paperwork and new hire orientation (see schedule below).

**The details of your offer are as follows:**
- Your first day of employment at The Hartford will be May 17, 2004.
- Your semi-monthly salary will be $1,958.33 ($47,000 annualized), covering all work performed.
- Additional information on The Hartford's compensation programs will be provided to you upon hire.
- In addition, according to The Hartford's Paid Time Off (PTO) policy provisions, you will be eligible for a total of 91.2 hours (11.4 days) for the remainder of the calendar year 2004. Your available PTO will begin on June 1, 2004 with 35.2 hours. This amount is p rorated a nd b ased o n your s tart d ate o f M ay 17, 2 004. B eginning in 2 005 a nd in 2006, you will be eligible to earn 192 hours (24 days) PTO for the year.

**Prior to your first day:**
- Please visit our pre-employment website located at http://newhire.thehartford.com. Your User ID is: **welcome**, and your password is: **newhire**. Please click on the link for "Online Employment Forms" and print and fill out the forms prior to your first day of employment. Several of these pre-employment forms **must be completed** prior to and submitted on your first day in order to ensure timely and accurate payroll processing (please see the "Forms Checklist" for instructions on which forms to fill out and/or sign).
- This website also gives you the opportunity to learn about The Hartford before you walk through the door on your first day. There you will find valuable information on the history of our company, our culture, employee services & programs, and policies on such topics as parking, dress code, and communications. The website also provides directions to our different office locations. If you are unsuccessful in accessing the website, please contact me at the number listed below and I will be glad to assist you.

2599 Lucien Way
Maitland, FL 32751
Telephone 407 919 6000
Facsimile 407 919 6396
david.oppenheimer@thehartford.com

CONFIDENTIAL

HARTFORD 011678



**THE HARTFORD**

**Items required for your first day:**                                          Group Benefits Department

- ➢ Please bring your completed employment forms that you printed from the pre-employment website.
- ➢ Please bring two (2) forms of identification (refer to the Eligibility Verification Form on the pre-employment website for acceptable forms of identification). If you do not have the necessary authorized documentation, please contact me immediately.

**Details for New Employee Orientation:**

| | |
|---|---|
| Date: | May 17, 2004 |
| Time: | 9:00 a.m. |
| Place: | 2599 Lucien Way |
| | Maitland, FL 32751 |
| Parking: | Please park in a visitor's parking space; our receptionist, Abby, will provide you with the paperwork for parking. |

This confirmation incorporates The Hartford's Notices of At-Will Employment and Background Check set forth in your Employment Application and is contingent upon a satisfactory background investigation, which meets The Hartford's standards. Employment is also contingent on your ability to provide documentation to satisfy the identification and work authorization requirements of the Immigration Reform and Control Act.

Congratulations and welcome aboard! We look forward to having you become an employee of The Hartford. If you have any questions, please call me at (407) 919-6512.

Sincerely,

David Oppenheimer
Staffing Consultant

Copy to  Miriam Rodriguez
Judy Halbrooks

2599 Lucien Way
Maitland, FL 32751
Telephone 407 919 6000
Facsimile 407 919 6396
david.oppenheimer@thehartford.com

CONFIDENTIAL                                          HARTFORD 011679

July 1, 2004



THE
HARTFORD

Ms. Rayanne L. Williams
6690 Buckingham Court
Norcross, GA  30093

Dear **Rayanne**:

I am pleased to extend you an offer to join The Hartford as an **LTD Claims Examiner III** in the Atlanta-LTD Department. In this position, you will report directly to **Jerry Bissett** and your duties will be essentially as discussed during your interviews.

**The details of your offer are as follows:**
Your first day of employment at The Hartford will be **Monday , July 19, 2004**.
Your semi-monthly salary will be **$1,541.66, ($37,000 annualized)**, covering all work performed.
You will be eligible to participate in The Hartford's Annual Bonus Program pursuant to the terms and conditions of the program.
Additional information on The Hartford's compensation programs will be provided to you upon hire.
In addition, according to The Hartford's Paid Time Off (PTO) policy provisions, you will be eligible for a total of 7 PTO Remaining days for the remainder of the calendar year 2004. This amount is prorated and based on your start date of **Monday, July 19, 2004**. Beginning in 2005, you will be eligible to earn 19 PTO days for the year.

This employment offer incorporates The Hartford's Notices of At-Will Employment and Background Check set forth in your Employment Application and is contingent upon a satisfactory background investigation, which meets The Hartford's standards. You will also be required to provide documentation to satisfy the identification and work authorization of the Immigration Reform and Control Act.

Congratulations on your offer! We look forward to having you become a member of The Hartford. If you have any questions, please call me at 678-566-4265.

Sincerely,

Shayne Hagan
**Staffing Specialist**

CONFIDENTIAL

November 29, 1999

Joseph J. Wojcik
1207 Ney Ave.
Utica, NY 13502

Dear Joseph:

Welcome to The Hartford!

We are pleased that you have accepted our offer of employment and will be joining our Benefit Management Services Department as a LTD Claims Examiner.  As we agreed, your start date will be 12/13/99 and your semi-monthly salary will be $1333.34.

You understand that your employment by The Hartford is contingent upon receipt of acceptable references, satisfactory results of a background check, and compliance with the identification and work authorization requirements of the Federal Immigration Act.  To comply with the Immigration Act, please bring either one document from List A, or two documents; one from List B and one from List C (list attached).  Failure to comply will result in non-hire.

Please complete the attached Personal Health History form and mail it in the enclosed envelope as soon as possible.

On your first day of work you should report to Cheryl Vattimo at 8:00 AM to participate in our new employee orientation program.

We are looking forward to having you become a member of The Hartford staff and hope your career with us is fulfilling.

Sincerely,


Diane Brody
Human Resource Manager

cc:  Mike Flood

HARTFORD A-M 001183



| Human Resources | To | Stephanie Wojcik <arcangelu@roadrunner.com> |
| <hr-thehartford@invalidemail. | cc | |
| com> | bcc | |
| 12/03/2008 10:50 PM | Subject | The Hartford:  **Confidential** Congratulations & Welcome |
| | | Stephanie Wojcik! Offer letter confirmation enclosed. |



December 3, 2008

Ms. Stephanie Wojcik
9391 Pine Grove Lane
Marcy, New York 13403

Dear Stephanie:

I am pleased to confirm your acceptance of our offer to join The Hartford as a Long Term Disability Analyst in the LTD Department.  In this position, you will report directly to Carol A Miller, and your duties will be essentially as discussed during your interviews.

The details of your offer are as follows:

- Your first day of employment at The Hartford will be December 15, 2008.
- Your semi-monthly salary will be $1,520.83, ($36,500.00 annualized), covering all work performed.
- Additional information on The Hartford's compensation programs will be provided to you upon hire.
- In addition, according to The Hartford's Paid Time Off (PTO) policy provisions, beginning in 2009, you will be eligible to accrue a total of 152 PTO hours for the year.

**Prior to your first day:**

Please visit our pre-employment website located at http://newhire.thehartford.com.  Your User ID is: **welcome**, and your password is: **newhire**.  Please click on the link for "Online Employment Forms" and print and fill out the forms prior to your first day of employment. Several of these pre-employment forms **must be completed** prior to and submitted on your first day in order to ensure timely and accurate payroll processing (please see the "Forms Checklist" for instructions on which forms to fill out and/or sign).

This website also gives you the opportunity to learn about The Hartford before you walk through the door on your first day.  There you will find valuable information on the history of our company, our culture, employee services & programs, and policies on such topics as parking,

HARTFORD A-M 001017

dress code, and communications. The website also provides directions to our different office locations. If you are unsuccessful in accessing the website, please contact me at the number listed below and I will be glad to assist you.

**Items required for your first day:**

Please bring your completed employment forms that you printed from the pre-employment website.

***If you do not complete the I-9 Form showing that you are authorized to work in the U.S. no later than three (3) days after your date of hire, then federal law will require The Hartford to terminate your employment.***

On your first day of employment, please bring identification that satisfies your employment eligibility (refer to the Eligibility Verification Form on the pre-employment website - either a List A document **or** a List B **AND** List C document). Federal law requires that we verify employment eligibility. If you do not have the necessary authorized documentation, please contact me immediately.

**Details for New Employee Orientation:**

| | |
|---|---|
| Date: | December 15, 2008 |
| Time: | 8:00 AM |
| Place: | Syracuse Office, One Park Place, 300 South State Street, 7th Floor |
| Parking: | Atrium Parking Garage - located at the corner of S. Franklin Street and West Fayette Street - Entrance to the garage is on S. Franklin Street |

This confirmation incorporates The Hartford's Notices of At-Will Employment and Background Check set forth in your Employment Application and is contingent upon a satisfactory background investigation, which meets The Hartford's standards. Employment is also contingent on your ability to provide documentation to satisfy the identification and work authorization requirements of the Immigration Reform and Control Act.

Congratulations and welcome aboard! We look forward to having you become an employee of The Hartford. If you have any questions, please call me at 763-255-7266.

Sincerely,


Sarah M Ackerman
Staffing Specialist
Talent Acquisition

cc: Carol A Miller

Please do not reply to this message. Replies are undeliverable and will not reach the Human

CONFIDENTIAL

HARTFORD A-M 001018



THE
HARTFORD

DATE:     April 11, 1997

TO:       Jacqueline Wright

FROM:     Georgia Purpura, Asst. Director
          Terry Clark, Manager Op. Svcs.        *T H/ Clark*
          Syracuse Benefit Management Service Center

SUBJECT:  Salary Increase

We are pleased to announce that a salary increase has been approved
effective April 1, 1997.  Your new Semimonthly salary is $883.33
and the new annual salary is $21,200.  This represents an annual
increase of $700.

Increases are based on a Common Anniversary date.  This means that
increases are pro-rated to cover the period from the last increase,
or hire date, to the Common Anniversary date.  The Common
Anniversary dates are April 1 for non-exempt employees and May 1
for exempt employees.  Employees with anniversary dates in 1997
before or after the Common Anniversary Date have been pro-rated to
include the time up to the Common Anniversary date.

The next years Guidelines and Ranges may change and be different
than currently stated.

Thank you for your contribution to the office.  Remember, Salary
information must be kept strictly confidential.

cc:  Personnel File

Hartford Life Insurance Companies
Syracuse Benefit Management
Services Center
One Park Place
300 South State Street
P.O. Box 4925
Syracuse, NY 13221-4925
315 474 0628

CONFIDENTIAL                                    HARTFORD A-M 001393