# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICIA DEARTH, JESSICA PEREZ,**
**JAMIE RIVERA, LAYFON ROSU,**
**MARISSA SHIMKO, CAROL SOMERS,**
**JEANNE BACHMANN and ALICIA**
**DUQUETTE,**

        **Plaintiffs,**

**v.**                                                    **Case No:   6:16-cv-1603-Orl-37KRS**

**HARTFORD FIRE INSURANCE**
**COMPANY,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION FOR PARTIAL SUMMARY JUDGMENT** (Doc. No. 313)
>
> **FILED:**   **June 5, 2018**

In their papers regarding the above-referenced motion, counsel for the parties have, at times, relied on various excerpts from the same depositions. As to other depositions, the deponent testifies about an exhibit that was not filed with the deposition excerpt. *See, e.g.,* Doc. No. 313-9, at 193. It is difficult for the Court to consider these exhibits in such a piecemeal fashion.

Accordingly, it is **ORDERED** that counsel for the parties shall confer and provide the Court, on or before August 24, 2018, with one paper copy of the complete deposition and all the exhibits identified during the deposition for each deposition cited in the Motion for Partial Summary Judgment (Doc. No. 313), the Response to the Motion for Partial Summary Judgment (Doc. No.

- 2 -

316), and the Reply in Support of the Motion for Partial Summary Judgment (Doc. No. 319).   These paper copies should be delivered to the Office of the Clerk of Court directed to my attention.

**DONE** and **ORDERED** in Orlando, Florida on August 22, 2018.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE