UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEANNE BACHMANN, PATRICIA DEARTH, )
ALICIA DUQUETTE, JESSICA PEREZ, JAMIE )
RIVERA, LAYFON ROSU, MARISSA )
SHIMKO, and CAROL SOMERS, on behalf of )
themselves and others similarly situated, )
  Plaintiffs, )
v. ) Case No. 6:16-cv-1603-Orl-37KRS
)
HARTFORD FIRE INSURANCE COMPANY, )
a Foreign for Profit Corporation, )
  Defendant. )
)

**DEFENDANT HARTFORD FIRE INSURANCE COMPANY'S UNOPPOSED
MOTION TO ADMIT JAROD TAYLOR *PRO HAC VICE* AND
INCORPORATED MEMORANDUM OF LAW**

  Pursuant to Local Rule 2.02(a), Defendant, HARTFORD FIRE INSURANCE COMPANY, ("Hartford") by and through its undersigned counsel respectfully request that this Court admit Jarod Taylor to appear and participate in this case *pro hac vice*. In support of this motion for *pro hac vice* admission to the bar, the undersigned states as follows:

  1. Jarod Taylor is an attorney with Axinn, Veltrop & Harkrider LLP in Hartford, Connecticut. He is a member in good standing of the Connecticut State Bar (Bar No. 436904, admitted September 9, 2015), the New York Bar (Bar No. 4853669, admitted July 21, 2010), the United States District Court for the Eastern District of Michigan, and the United States District Courts for the Southern and Eastern Districts of New York. Mr. Taylor has never been disciplined by any of these courts or by any other court or bar whatsoever. His Admission fee and Special Admission Attorney Certification are being sent to the Clerk.

2. Mr. Taylor is not admitted to practice in the United States District Court for the Middle District of Florida.

3. Mr. Taylor resides in the State of Connecticut.

4. Mr. Taylor, along with attorneys Tasos C. Paindiris and Jesse I. Unruh of Jackson Lewis P.C.; and, Thomas Rohback of Axinn, Veltrop & Harkrider, LLP have been retained to represent Hartford in the above-styled action.

5. Mr. Taylor is familiar with the Federal Rules of Civil Procedure, the Local Rules of this Court and the Code of Professional Responsibility and other ethical limitations and requirements governing the professional behavior of members of the Florida Bar.

6. Tasos C. Paindiris and Jesse I. Unruh are attorneys with Jackson Lewis P.C.'s Orlando, Florida office and are members of the bar of this Court. They reside in Florida and will appear as Local Counsel.  In accordance with the requirements of Local Rule 2.02(a), Mr. Taylor designates Tasos C. Paindiris and Jesse I. Unruh as the members of the bar of this Court upon whom all notices and papers may be served, and who will be responsible for the progress of the case, including the trial in the default of Mr. Taylor.

7. Mr. Taylor's contact information is as follows:

> Jarod Taylor
> Axinn, Veltrop & Harkrider LLP
> 90 State House Square
> Hartford, CT  06103
> Telephone:  (860) 275-8109
> Facsimile (860) 275-8101

## **LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for Defendant has conferred with counsel for Plaintiffs, who do not oppose the relief requested herein.

## **MEMORANDUM OF LAW**

Local Rule 2.02(a), M.D. Fla., provides that an attorney who is not a resident of Florida but who is a member in good standing of the bar of any District Court of the United States outside Florida may appear specially as counsel-of-record without formal or general admission; provided, however, such privilege is not abused by appearances in separate cases to such a degree as to constitute the maintenance of a general practice in Florida. *Id.*

Here, Mr. Taylor is not a resident of Florida, he is a resident of Connecticut. Mr. Taylor is in good standing with the state bars of Connecticut and New York, and multiple federal courts. He has not appeared in, or been counsel of record for any state or federal action pending in Florida. He does not appear in separate cases to such a degree as to constitute the maintenance of a general practice in Florida.

Local Rule 2.02(a) requires non-resident attorneys to file a written designation and consent-to-act on the part of some member of the bar of this Court. Mr. Taylor has designated and consented-to-act on the part of Tasos C. Paindiris of Jackson Lewis P.C. Mr. Paindiris is a member in good standing of the bar of this Court and is a resident of Florida.

Mr. Taylor will submit his Special Admission Attorney Certification and fees to the Clerk. If this motion is granted, Mr. Taylor will comply with the e-mail registration requirements of Local Rule 2.01(d).

WHEREFORE, Hartford respectfully requests that the Court rule upon this Motion with no hearing or further response and enter an Order (a) granting this Motion and (b) admitting Jarod Taylor to represent Hartford in this matter *pro hac vice.*

DATED this 6th day of November, 2018.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Post Office Box 3389
Orlando, Florida 32802-3389
Telephone:	(407) 246-8440
Facsimile:	(407) 246-8441

By:	*/s/ Jesse I. Unruh*
Tasos C. Paindiris
Florida Bar No. 0041806
tasos.paindiris@jacksonlewis.com

Jesse I. Unruh
Florida Bar No. 0093121
jesse.unruh@jacksonlewis.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jesse I. Unruh*
Jesse I. Unruh

4817-5403-7369, v. 2