UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEANNE BACHMANN; PATRICIA
DEARTH; ALICIA DUQUETTE;
JESSICA PEREZ; JAMIE RIVERA;
LAYFON ROSU; MARISSA SHIMKO;
and CAROL SOMERS,

    Plaintiffs,

v.                                                Case No. 6:16-cv-1603-Orl-37LRH

HARTFORD FIRE INSURANCE
COMPANY,

    Defendant.

## ORDER

In this Fair Labor Standards Act ("**FLSA**") collective action, the parties have jointly moved for approval of their settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Doc. 377 ("**Motion**"); Doc. 377-1 ("**Agreement**").) On referral, U.S. Magistrate Judge Leslie R. Hoffman recommends: (1) granting the Motion; (2) finding the Agreement a fair and reasonable resolution of a bona fide dispute under the FLSA; (3) dismissing the case without prejudice subject to the right of any party within ninety days to move for dismissal with prejudice or, on good cause, to reopen the case; and (4) retaining jurisdiction to enforce the Agreement until the parties file a joint notice of dismissal with prejudice. (Doc. 382 ("**R&R**").)

The parties represent that they do not object to the R&R. (Doc. 384.) As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 382) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The parties' Joint Motion for Approval of Settlement (Doc. 377) is **GRANTED**.

3. The Settlement Agreement and Release (Doc. 377-1) is **APPROVED**.

4. This action is **DISMISSED WITHOUT PREJUDICE**, subject to the right of any party, within ninety (90) days, to move the Court for entry of an order dismissing the case with prejudice or, on good cause shown, to reopen the case for further proceedings.

5. The Court **RETAINS** jurisdiction to enforce the terms of the Agreement until the parties file a joint notice of dismissal with prejudice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 29, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record